MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
6-18-2010
JUN 18 2010 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)** Virgilija & William Brown

v. Deutche/WMC

**Case No.** 08 CV 5123

**Defendant(s)**

A Motion To Vacate Case Dismissal

My attorney misrepresented me by dismissing the case on 6/3/10 without my knowledge or permission. I ask the court to reopen the case based on the fact, that my attorney did not communicate this with me. and was not authorized to do so.

Virgilija J. Brown   6-18-2010

VIRGILIJA J. BROWN
2544 KANE LN
BATAVIA, IL 60510